UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

READYMIX ABU DHABI, LTD.,

    Plaintiff,

v.                                    Case No: 8:12-cv-2384-T-36MAP

ROPE CORP. and DREYFUS-CORTNEY,
INC.,

    Defendants.
_____/

## O R D E R

    Before the Court is the Joint Stipulation for Dismissal with Prejudice (Doc. 66). In accord with the Joint Stipulation for Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation for Dismissal with Prejudice is **APPROVED** (Doc. 66).

    2)    Plaintiff's claims against Defendant Rope Corp., d/b/a First Choice Marine Supply d/b/a Rope Warehouse & Industrial Supply, only, are dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to terminate Defendant Rope Corp., d/b/a First Choice Marine Supply d/b/a Rope Warehouse & Industrial Supply as a party to this case.

    **DONE AND ORDERED** in Tampa, Florida on July 28, 2015.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record