UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

READYMIX ABU DHABI, LTD.,
    Plaintiff,

vs

Case Number. 8:12-cv- 2384-T-36MAP

DREYFUS-CORTNEY, INC., D/B/A
DEREYFUS-CORTNEY-LOWERY,
    Defendant.

## JUDGMENT IN A CIVIL CASE

This action was tried by a jury with Judge Charlene Edwards Honeywell presiding, and the jury has rendered a verdict.

*IT IS ORDERED AND ADJUDGED,*

That Plaintiff ReadyMix ABU Dhabi, Ltd. take nothing, the action be dismissed on the merits.

Dated: September 28, 2015

                                      SHERYL L. LOESCH, CLERK

                                      by W.M. Dent
                                      Deputy Clerk